■ In the Matter of STEPHEN A. WEINGRAD, a Suspended Attorney. [637 NYS2d 925] —Petitioner's motion granted and petitioner reinstated as an attorney and counselor-at-law in the State of New York effective as of January 30, 1996. No opinion. Concur—Milonas, J. P., Ellerin, Rubin, Ross and Nardelli, JJ.